USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FRANKIE MONEGRO, on behalf of himself and    :
all others similarly situated,                                        :    20-CV-6409 (VEC)
                                                                              :
                                                      Plaintiff,    :    ORDER
                           -against-                              :
                                                                              :
GLOBAL EQUIPMENT COMPANY INC.,          :
                                                                              :
                                                    Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 29, 2020, the Court sanctioned Plaintiff's counsel for materially misrepresenting information to the Court and ordered the law firm of Stein Saks or Mark Rozenberg personally to pay one hour of Defense counsel's time and to post proof of payment on ECF by January 15, 2021 (Dkt. 14);

WHEREAS Plaintiff's counsel failed to post proof of payment by January 15, 2021;

IT IS HEREBY ORDERED:  No later than **January 22, 2021**, Plaintiff's counsel is directed to: (i) post proof of payment and (ii) show cause why he and the law firm of Stein Saks should not be sanctioned pursuant to Federal Rule of Civil Procedure 16(f) for failure to comply with Court orders.

**SO ORDERED.**

Date:  January 18, 2021
         New York, New York

_____
**VALERIE CAPRONI
United States District Judge**